**Annis Recardo LLOYD, Plaintiff— Appellant,**

v.

**Connie JORDAN, Defendant—Appellee.**

No. 08–8296.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 27, 2009.

Annis Recardo Lloyd, Appellant Pro Se.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annis Recardo Lloyd appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lloyd v. Jordan,* No. 5:08–ct–03037–BO (E.D.N.C. Oct. 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*